```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                                                   :
SALUSTIANO SANABRIA,                                               :
                                                                   :
                              Plaintiff,                           :
                                                                   :                24-cv-3324 (LJL)
        -v-                                                        :
                                                                   :                    ORDER
BLUE COOKIE CORP. and SMILOWITZ HOLDING                            :
COMPANY, LLC,                                                      :
                                                                   :
                              Defendants.                          :
                                                                   :
-------------------------------------------------------------------X
```

LEWIS J. LIMAN, United States District Judge:

On October 7, 2024, the Court held a pre-motion conference to discuss the motion for a stay of discovery and anticipated motion to dismiss filed by Defendant Smilowitz Holding Company LLC ("Smilowitz"). Dkt. No. 19.

For the reasons expressed at the conference, it is hereby ORDERED:

All discovery is stayed except for the following: (1) Smilowitz shall response to Plaintiff Salustiano Sanabria's outstanding requests for production of documents and interrogatories; and (2) all parties may serve new discovery requests and notices of deposition regarding standing and mootness notwithstanding Smilowitz's failure to timely serve discovery requests prior to this order.

The parties are to meet and confer regarding deadlines for these unstayed discovery issues. The parties shall jointly inform the Court no later than October 11, 2024, what deadlines they have agreed upon.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/08/2024

Smilowitz is ordered to file any motion to dismiss pursuant to Fed. R. Civ. P. 12(b)(1) no later than November 18, 2024.

SO ORDERED.

Dated: October 8, 2024
New York, New York

_____
LEWIS J. LIMAN
United States District Judge